REVERE & ASSOCIATES, LLLC
TERRANCE M. REVERE          5857
Pali Palms Plaza
970 North Kalaheo Avenue, Suite A301
Kailua, Hawaii 96734
Tel: (808) 791-9550
Fax: (808) 791-9551
terry@revereandassociates.com

SMITH | LAW
P. KYLE SMITH              9533
970 N. Kalaheo Ave., #A301
Kailua, HI 96734
T: (808) 791-9555
kyle@smithhawaii.law

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Olympus Insurance Company, | ) Civ. No. 17-CV-00254 HG-KJM |
|---|---|
| Plaintiff, | ) DEFENDANT CARA BARBER'S<br>) MOTION TO DISMISS FOR |
| vs. | ) LACK OF DIVERSITY<br>) JURISDICTION BASED UPON |
| Cara Barber; Ohana Military<br>Communities, LCC; Forest City<br>Residential Management, Inc., | ) FRCP 12; MEMORANDUM IN<br>) SUPPORT OF MOTION;<br>) EXHIBITS 1-2; CERTIFICATE OF<br>) SERVICE |
| Defendants. | ) |

**DEFENDANT CARA BARBER'S MOTION TO DISMISS FOR LACK OF
<u>DIVERSITY JURISDICTION BASED UPON FRCP 12</u>**

Defendant CARA BARBER (hereinafter "Defendant Barber"), by and

through her attorneys, Revere and Associates, LLLC and SmithLaw, respectfully brings this motion to dismiss for lack of diversity jurisdiction based on FRCP 12.

DATED: Honolulu, Hawaii, August 10, 2018.

/s/Terrance M. Revere
TERRANCE M. SMITH
P. KYLE SMITH
Attorneys for Defendant
CARA BARBER