REVERE & ASSOCIATES, LLLC
TERRANCE M. REVERE     5857
Pali Palms Plaza
970 North Kalaheo Avenue, Suite A301
Kailua, Hawaii 96734
Tel: (808) 791-9550
Fax: (808) 791-9551
terry@revereandassociates.com

SMITH | LAW
P. KYLE SMITH            9533
970 N. Kalaheo Ave., #A301
Kailua, HI 96734
T: (808) 791-9555
kyle@smithhawaii.law

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Olympus Insurance Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Cara Barber; Ohana Military Communities, LCC; Forest City Residential Management, Inc.,<br><br>　　　　Defendants. | Civ. No. 17-CV-00254 HG-KJM<br><br>DEFENDANT CARA BARBER'S MEMORANDUM IN OPPOSITION TO [49] PLAINTIFF OLYMPUS INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>HEARING:<br><br>Date: September 19, 2018<br><br>Time: 10:00 a.m.<br><br>Magistrate Judge: Kenneth J. Mansfield |

# DEFENDANT CARA BARBER'S MEMORANDUM IN OPPOSITION TO [49] PLAINTIFF OLYMPUS INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF

Defendant CARA BARBER (hereinafter "Defendant Barber"), by and through her attorneys, Revere and Associates, LLLC and SmithLaw, hereby submits her Memorandum In Opposition to [49] Plaintiff Olympus Insurance Company's Motion for Leave to File First Amended Complaint for Declaratory Relief.

DATED: Honolulu, Hawaii, August 29, 2018.

/s/Terrance M. Revere
TERRANCE M. SMITH
P. KYLE SMITH
Attorneys for Defendant
CARA BARBER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Olympus Insurance Company, | ) Civ. No. 17-CV-00254 HG-KJM |
| Plaintiff, | ) MEMORANDUM IN SUPPORT ) OF MOTION |
| vs. | ) |
| Cara Barber; Ohana Military Communities, LCC; Forest City Residential Management, Inc., | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM IN SUPPORT OF MOTION

Defendant Cara Barber ("Ms. Barber") respectfully submits that the Complaint should not be amended because the Court simply has no jurisdiction for the reasons pointed out in Ms. Barber's Motion to Dismiss For Lack of Jurisdiction [50] (i.e. all of the parties (Plaintiff Olympus, Defendant Barber and Defendants USAA are citizens of the same state, Florida). The likely granting of that motion makes the proposed amendment moot. Nothing in the proposed amended complaint cures the underlying lack of jurisdiction. Even if somehow the motion to dismiss is not granted, the Court can simply take the matter of amendment up at that time.

Based on the above, Plaintiff's Motion should be denied.

DATED:  Honolulu, Hawaii, August 29, 2018.

                        /s/Terrance M. Revere
                        TERRANCE M. SMITH
                        P. KYLE SMITH
                        Attorneys for Defendant
                        CARA BARBER