Of Counsel:
CLAY CHAPMAN IWAMURA PULICE & NERVELL

CARLOS D. PEREZ-MESA, JR.         #5448
Topa Financial Center, Bishops Street Tower
700 Bishop Street, Suite 2100
Honolulu, Hawai'i 96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8446
E-mail: cperez-mesa@paclawteam.com

Attorney for Defendant-Intervenor
UNITED SERVICES AUTOMOBILE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OLYMPUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CARA BARBER; OHANA MILITARY COMMUNITIES, LLC; FOREST CITY RESIDENTIAL MANAGEMENT, INC.,<br><br>Defendants.<br><br>and<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>Defendant-Intervenor. | CIVIL NO. 17-00254 HG-KJM<br>(Declaratory Judgment)<br><br>DEFENDANT-INTERVENOR UNITED SERVICES AUTOMOBILE ASSOCIATION'S SUBSTANTIVE JOINDER TO DEFENDANT CARA BARBER'S MEMORANDUM IN OPPOSITION TO PLAINTIFF OLYMPUS INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF [54]; CERTIFICATE OF SERVICE<br><br>HEARING:<br>Date: September 19, 2018<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Kenneth J.<br>          Mansfield |

**DEFENDANT-INTERVENOR UNITED SERVICES AUTOMOBILE ASSOCIATION'S SUBSTANTIVE JOINDER TO DEFENDANT CARA BARBER'S MEMORANDUM IN OPPOSITION TO OLYMPUS INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF [50]**

Comes now Defendant-Intervenor, UNITED SERVICES AUTOMOBILE ASSOCIATION ("USAA"), by and through its attorneys, Clay Chapman Iwamura Pulice & Nervell, and hereby substantively joins *DEFENDANT CARA BARBER'S MEMORANDUM IN OPPOSITION TO PLAINTIFF OLYMPUS INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF [54]*.

Further, USAA hereby gives notice that counsel will appear at the hearing for the above-referenced Motion, and requests that their attorneys have the opportunity to review, prior to submission to the Court, any Order entered with respect to said Motion.

DATED: Honolulu, Hawai'i, August 29, 2018.

/s/ CARLOS D. PEREZ-MESA, JR.
CARLOS D. PEREZ-MESA, JR.
Attorney for Defendant-Intervenor
UNITED SERVICES AUTOMOBILE
ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| OLYMPUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CARA BARBER; OHANA MILITARY COMMUNITIES, LLC; FOREST CITY RESIDENTIAL MANAGEMENT, INC.,<br><br>Defendants.<br><br>and<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>Defendant-Intervenor. | CIVIL NO. 17-00254 HG-KJM<br>(Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known email address(es) or mailing address(es):

Served Electronically through CM/ECF:

/ /

/ /

/ /

      RICHARD B. MILLER, ESQ.
           rmiller@tpm-hawaii.com
      PATRICIA KEHAU WALL, ESQ.
           kwall@tmp-hawaii.com
      Tom Petrus & Miller LLLC
      1164 Bishop Street, Suite 650
      Honolulu, Hawaiʻi 96813

      MARIA ELENA ABATE, ESQ.   *(Pro Hac Vice)*
           mabate@colodnyfass.com
      MATTHEW C. SCARFONE, ESQ.  *(Pro Hac Vice)*
           mscarfone@colodnyfass.com
      Colodny Fass
      1401 N.W. 136 Avenue, Suite 200
      Sunrise, FL 33323

      Attorneys for Plaintiff
      OLYMPUS INSURANCE COMPANY


      PATRICK KYLE SMITH, ESQ.
           kyle@smithhawaii.law
      Smith Law
      970 N. Kalaheo, Street, Suite A301
      Kailua, Hawaiʻi 96734

      TERRANCE M. REVERE, ESQ.
           terry@revereandassociates.com
      Revere & Associates, LLLC
      970 North Kalaheo Avenue, Suite A-301
      Kailua, Hawaiʻi 96734

      Attorneys for Defendant
      CARA BARBER


/ /

/ /

    RANDALL C. WHATTOFF, ESQ.
        rwhattoff@cfhawaii.com
    Cox Fricke LLP
    800 Bethel Street, Suite 600
    Honolulu, HI 96813

    Attorney for Defendant
    OHANA MILITARY COMMUNITIES, LLC
    and FOREST CITY RESIDENTIAL
    MANAGEMENT, INC.

    DATED:  Honolulu, Hawaiʻi, August 29, 2018.


                                    /s/ CARLOS D. PEREZ-MESA, JR.
                                    CARLOS D. PEREZ-MESA, JR.
                                    Attorney for Defendant-Intervenor
                                    UNITED SERVICES AUTOMOBILE
                                    ASSOCIATION