# MINUTES

| | |
|---|---|
| CASE NUMBERS: | CV NO. 17-00254 HG-KJM |
| | CV NO. 14-00217 HG-RLP |
| CASE NAMES: | Olympus Insurance Company v. Cara Barber, Ohana Military Communities, LLC; Forest City Residential Management, Inc.; United Services Automobile Association |
| | Cara Barber v. Ohana Military Communities, LLC; Forest City Residential Management, Inc. |
| ATTYS FOR PLA OLYMPUS INSURANCE: | Patricia K. Wall, Esquire<br>Matthew C. Scarfone, Esquire, by telephone |
| ATTYS FOR DEFT CARA BARBER: | Terrance M. Revere<br>Patrick Kyle Smith, Esquire |
| ATTY FOR DEFTS OHANA MILITARY AND FOREST CITY RESIDENTIAL MGMT: | Randall C. Whattoff, Esquire |
| ATTY FOR INTERVENOR DEFT UNITED SERVICES AUTOMOBILE ASSOCIATION: | Carlos D. Perez-Mesa Jr., Esquire |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | 9/5/2018 | TIME: | 10:30am-11:45am |

COURT ACTION:            EP:  STATUS CONFERENCE

Discussion held regarding subject-matter jurisdiction and the pending motions in Olympus Insurance Co. v. Cara Barber, et al, 17-cv-00254 HG-KJM and the pending motions in Cara Barber v. Ohana Military Communites, et al., 14-cv-00217 HG-RLP.

1

[11:07] The Court recessed to allow the Parties to confer outside the presence of the Court.

[11:30] The Court reconvened.

Further discussion held.

The Parties agree to engage in settlement discussions before Magistrate Judge Kenneth J. Mansfield in the pending related cases: 17-cv-00254 HG-KJM, 18-cv-00042 KJM, and 14-cv-00217 HG-RLP.

## I. Cara Barber v. Ohana Military Communities, LLC, et al, 14-cv-00217 HG-RLP is HELD IN ABEYANCE

The Court will hold proceedings in abeyance to allow the Parties to pursue global settlement.

The briefing on Plaintiff Cara Barber's Motion to Dismiss (ECF No. 436) is **HELD IN ABEYANCE** and the briefing schedule is **VACATED**.

The letter sent from Defendants Ohana Military Communities and Forest City Residential Management dated July 31, 2018 requesting a scheduling conference as to their Motion to Disqualify Counsel (ECF No. 442) is **HELD IN ABEYANCE**.

The Parties shall notify the Court as to the progress of settlement discussions.

## II. Olympus Insurance Co. v. Cara Barber, et al., 17-cv-00254 HG-KJM is HELD IN ABEYANCE

### A. Defendant Cara Barber's Motion to Dismiss For Lack of Diversity Jurisdiction (ECF No. 50)

Defendant Cara Barber's MOTION TO DISMISS FOR LACK OF DIVERSITY JURISDICTION (ECF No. 50)

and

Defendant-Intervenor UNITED SERVICES AUTOMOBILE ASSOCIATION'S SUBSTANTIVE JOINDER TO DEFENDANT CARA BARBER'S MOTION TO DISMISS FOR LACK OF

2

      DIVERSITY JURISDICTION (ECF No. 53)

   are **HELD IN ABEYANCE.**

   **B.   Plaintiff's Motion For Leave To File First Amended Complaint (ECF No. 49)**

The Court **UNREFERS** Plaintiff's MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF (ECF No. 49).

The hearing on Plaintiff's Motion for Leave currently set for September 19, 2018 before Magistrate Judge Kenneth J. Mansfield is hereby **VACATED.**

Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 49) is **HELD IN ABEYANCE**.

The Parties shall notify the Court as to the progress of settlement discussions.


Submitted by: Rachel Sharpe, Courtroom Manager