**TOM PETRUS & MILLER, LLLC**

RICHARD B. MILLER  3729-0
Tel. #(808) 792-5855
rmiller@tpm-hawaii.com
PATRICIA KEHAU WALL    3498-0
Tel #(808) 792-5823
kwall@tpm-hawaii.com
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii  96813
Telephone No. (808) 792-5800

**COLODNY FASS**
MATTHEW C. SCARFONE
mscarfone@colodnyfass.com
MARIA ELENA ABATE
mabate@colodnyfass.com
1401 NW 136th Avenue, Suite 200
Sunrise, Florida  33323
Tel:  (954) 492-4010

Attorneys for Plaintiff
OLYMPUS INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OLYMPUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CARA BARBER; OHANA MILITARY COMMUNITIES, LLC; FOREST CITY RESIDENTIAL MANAGEMENT, INC.,<br><br>Defendants,<br><br>and | CIVIL NO. CV 17-00254 HG-KJM<br>(Declaratory Judgment)<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES<br><br>Trial Date: March 27, 2019 |

UNITED SERVICES AUTOMOBILE
ASSOCIATION,

Defendant-Intervenor

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED, by and between the parties appearing in this action, through their undersigned counsel that this action is hereby dismissed without prejudice as to all claims and parties, pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure. Each party is to bear her or its own costs and attorneys' fees.

This stipulation is signed by all parties who have appeared in this action. There are no remaining parties, claims, counterclaims and/or issues. Trial of this matter is set for March 27, 2019.

DATED: Honolulu, Hawaii, September 28, 2018.

/s/Patricia Kehau Wall
RICHARD B. MILLER
PATRICIA KEHAU WALL
MATTHEW C. SCARFONE
MARIA ELENA ABATE

Attorneys for Plaintiff
OLYMPUS INSURANCE COMPANY

DATED: Honolulu, Hawaii, September 28, 2018.

/s/Randall C. Whattoff
RANDALL C. WHATTOFF

Attorney for Defendants
Ohana Military Communities, LLC and
Forest City Residential Management, LLC

DATED: Honolulu, Hawaii, September 28, 2018.

/s/Malia Nickison-Beazley   for
TERRANCE M. REVERE
PATRICK KYLE SMITH

Attorneys for Defendant
Cara Barber

DATED: Honolulu, Hawaii, September 27, 2018.

/s/Carlos D. Perez-Mesa, Jr.
CARLOS D. PEREZ-MESA, JR.

Attorney for Defendant-Intervenor
United Services Automobile Association

APPROVED AND SO ORDERED:

[signature]   9.29.18

Judge of the Above-Entitled Court

---

Olympus Insurance Company vs. Cara Barber, et al.; Civil No. CV 17-00254 HG-KJM; STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES